IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS A. GRANDINETTI, #A0185087, | ) CIV. NO. 13-00617 SOM/BMK ) ) |
| Plaintiff, | ) ORDER DENYING MOTION FOR ) RECONSIDERATION |
| vs. | ) ) |
| D. TARTAGLIA, | ) ) |
| Defendant. | ) ) |

## ORDER DENYING MOTION FOR RECONSIDERATION

The court dismissed this action on November 20, 2013, finding that Plaintiff had accrued three strikes under 28 U.S.C. § 1915(g), did not show or allege imminent danger of serious injury, and could not proceed without concurrent payment of the filing fee. Order, ECF No. 4. Plaintiff seeks reconsideration under Fed. R. Civ. P. 65. ECF No. 7. In support, Plaintiff submits a Medical Request dated October 11, 2013, an Inmate Request Form dated November 20, 2013, and a urinalysis drug screen result form dated February 20, 2013. *See* ECF Nos. 7-9.

Plaintiff's documents fail to show that he was in imminent danger of serious physical injury when he commenced this action. Plaintiff therefore fails to (1) "demonstrate reasons why the court should reconsider its prior decision," or (2) "set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." *Hele Ku KB, LLC v. BAC*

*Home Loans Servicing, LP*, 873 F. Supp. 2d 1268, 1289 (D. Haw. 2012).  Plaintiff's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 3, 2013.



　　　　　　　　　　　　　　　　 /s/ Susan Oki Mollway
　　　　　　　　　　　　　　　　Susan Oki Mollway
　　　　　　　　　　　　　　　　Chief United States District Judge

*Grandinetti v. Tartiglia*, 1:13-cv-00617 SOM; J:\Denise's Draft Orders\SOM\Grandinetti 13-617 som (R65).wpd